*J. W. Gordon* and *R. A. Riley*, for the appellee.

---

## WOOLLEY *v.* THE STATE.

The Supreme Court will not entertain an appeal from an interlocutory decision of the Court below, unless in cases specially excepted by statute.

APPEAL from the *Union* Court of Common Pleas.

Motion in the Common Pleas to quash an information. The record does not show any final determination of the cause; but only the motion, the affidavits on which it was based, and the bill of exceptions showing the motion overruled.

*Per Curiam.*—We have frequently decided that we will not entertain an appeal on any preliminary or interlocutory decision of the Court below. 2 R. S. 1852, p. 158. The record must show a final determination, unless in those cases specially excepted by statute (1). The party can save the question in the record by proper exception. After the final determination of the cause, all the points thus saved come up together.

Appeal dismissed with costs to be taxed to the appellant.

*J. A. Fay*, *M. B. Trusler*, and *C. H. Test*, for the appellant.